IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>METRO GLASS & MIRROR, INC., an Illinois Corporation,<br><br>Defendant. | No. 09 C 3563<br><br>Judge Feinerman |

## MOTION TO REINSTATE AND FOR JUDGMENT

NOW COMES, the Plaintiffs, by and through their attorneys, Donald D. Schwartz, and ARNOLD AND KADJAN, and in support of reinstatement and reassignment, states as follows:

1. A Complaint was filed June 12, 2009.

2. The Summons and Complaint were served June 30 and the certificate of service was filed July 30, 2009.

4. The Honorable Judge Coar entered a Minute Order dated May 10, 2010 dismissing this matter. This dismissal was silent as to whether the matter was dismissed with or without prejudice. It does reference the settlement arrived at by the parties. Pursuant to the settlement agreement and installment note, attached as Exhibit A, and Federal Rule of Civil Procedure 41(a)(2) the dismissal is without prejudice and the Plaintiffs can reopen the matter upon default on the agreement and pursue judgment on the unpaid note with 18% interest per year. See Exhibit A, para. 5-6.

5. A copy of the Minute Order, entered by Judge Coar, is attached to this motion as Exhibit B.

6. Judge Coar has since retired from the bench.

7. On August 2, 2011, this case was assigned to this Honorable Court.

8. This Honorable Court entered a Minute Order dated September 8, 2011 dismissing this matter without prejudice.

9. A copy of the Minute Order, entered by this Honorable Court, is attached to this motion as Exhibit C.

10. Defendant defaulted on the installment note payment due November 1, 2011, which leaves the unpaid total balance of **$13,947.59**. An affidavit from Jenling Norman and the installment note ledger are attached as Exhibit D.

WHEREFORE, Plaintiffs pray that this Court enter an order reinstating and reassigning this matter and enter judgment for **$13,947.59**, the amount due on the defaulted repayment agreement.

TRUSTEES OF THE GLAZIERS,
ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS

s/ Thomas R. Allen
One of their Attorneys

Donald D. Schwartz
Thomas R. Allen
ARNOLD AND KADJAN
203 N LaSalle, Suite 1650
Chicago, IL 60601
312-236-0415 (phone)
312-341-0438 (fax)